June 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HECTOR A. ESPINOZA AND ELIZABETH SANCHEZ, Appellants

NO. 14-14-00846-CV                                          V.

OSIEL LOPEZ, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Osiel Lopez, signed, July 18, 2014, was heard on the transcript of the record. We have inspected the record and find the county court lacked jurisdiction over the case. We therefore reverse the judgment of the court below and dismiss the case for want of jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by appellee, Osiel Lopez.

We further order this decision certified below for observance.